IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TABARRIS D. CONNER**                                             **PLAINTIFF**

v.                                                         **No. 1:15CV5-GHD-JMV**

**LOWNDES COUNTY ADULT
DETENTION CENTER, ET AL.**                                    **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTION [7]
TO RECONSIDER**

This matter comes before the court on the motion [7] by Tabarris Conner for the court to reconsider its order [5] dismissing this case for failure to comply with a previous order. The court directed Conner to complete and return several forms; however, Mr. Conner states that he never received the forms. Indeed, the court later received the forms [9] in mail returned as undeliverable; however, it was returned from the very institution where Mr. Conner is housed, according to the Mississippi Department of Corrections website. Given the difficulties with the mail, the court finds that the instant motion is well taken and is **GRANTED**. The Clerk of the Court is **DIRECTED** to: (1) place this case back on the court's active docket, (2) resend the *pro se* prisoner forms to the plaintiff so that he may complete and return them, and (3) reinstate the plaintiff's motion to proceed *in forma pauperis* as pending. The **DEADLINE** for the plaintiff to complete and return the *pro se* prisoner forms is 21 days from the date of this order.

SO ORDERED, this, the 9th day of March, 2015.

_____
SENIOR JUDGE